**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

GREGORY WEEKS,

        Plaintiff,

v.                                                Case No: 6:15-cv-562-Orl-40TBS

RABELLA HOSPITATLITY, INC.,
DILESH ENTERPRISES, LLC and
DIPAK K. PATIDAR,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of FLSA Settlement Agreement (Doc. 17) filed on August 19, 2015 and Renewed Joint Motion for Approval of FLSA Settlement Agreement (Doc. 19) filed on September 3, 2015. The United States Magistrate Judge has submitted a report recommending that the original motion be denied as moot and that the amended motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection (Doc. 22) was timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 9, 2015 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Settlement Agreement is a fair and reasonable settlement of a bona fide dispute and is **APPROVED**.

3. The Renewed Joint Motion for Approval of FLSA Settlement Agreement (Doc. 19) is **GRANTED**.

4. The Joint Motion for Approval of FLSA Settlement Agreement (Doc. 17) is **DENIED AS MOOT**.

5. The case is **DISMISSED WITH PREJUDICE**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 16, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties